# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON JAMES, *individually and on behalf of all others similarly situated*,<br><br>          Plaintiff,<br><br>     v.<br><br>PRIMAL NUTRITION, LLC<br><br>          Defendant. | Case No. 1:25-cv-00691-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation to extend the time in which Defendant may answer the first amended complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant shall have through September 8, 2025, to answer or otherwise respond to the first amended complaint. The parties request to set a briefing schedule should Defendant file a motion to dismiss is DENIED as not ripe. Notwithstanding, the parties may stipulate to a briefing schedule and include it if and when Defendant moves to dismiss and consistent with the local rules in terms of briefing.

IT IS SO ORDERED.

Dated:     **August 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge