# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON JAMES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL NUTRITION, LLC,<br><br>Defendant. | Case No. 1:25-cv-00691-SAB<br><br>ORDER RE STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE<br><br>(ECF No. 17) |

Before the Court is the parties' stipulation regarding the briefing schedule regarding Defendant's motion to dismiss. (ECF No. 14, 17.) For good cause shown, the Court hereby approves the stipulation and ORDERS that:

1. Plaintiff shall have through October 10, 2025, to file an opposition to the motion to dismiss;

2. Defendant shall have through October 27, 2025, to file a reply, if any.

IT IS SO ORDERED.

Dated: **September 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge