1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON JAMES, *individually and on behalf of all other similarly situated*,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRIMAL NUTRITION, LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-00691- SAB<br><br>ORDER GRANTING MOTION FOR REMOTE APPEARANCE<br><br>(ECF Nos. 16, 20) |

　　　　A hearing on Defendant's motion to dismiss is set for November 12, 2025, in Courtroom 9. (ECF No. 16.) On October 22, 2025, Plaintiff filed a stipulated motion for counsel to appear virtually at the hearing. (ECF No. 15.) The Court's current practice is to allow parties to appear either in person or via video for such civil motions. The Court will provide videoconference login information prior to the hearing.

　　　　Accordingly, it is HEREBY ORDERED that the stipulated motion for hold the hearing remotely is GRANTED.

IT IS SO ORDERED.

Dated:　**October 23, 2025**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1