# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON JAMES, *individually and on behalf of all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL NUTRITION, LLC,<br><br>Defendant. | Case No. 1:25-cv-00691-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEADLINES TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 25) |

Before the Court is the parties' stipulation to extend the time in which Plaintiff may file her second amended complaint or notify the Court that she does not intend to amend by forty-five (45) days. For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiff shall have through February 2, 2026, to file her second amended complaint or otherwise notify the Court.

IT IS SO ORDERED.

Dated:   **December 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge