CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON JAMES, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>PRIMAL NUTRITION, LLC<br><br>     Defendant. | Case No. 1:25-cv-691-SAB<br><br>The Honorable Stanley A. Boone<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Caron James ("Plaintiff") and Defendant Primal Nutrition, LLC, by and through their respective counsel, hereby stipulate to dismissal of the above-captioned action (the "Action") as follows: (1) Plaintiff's individual claims in the Action are dismissed with prejudice; (2) any putative class claims in the Action are dismissed without prejudice; and (3) each party is to bear its own attorneys' fees, costs, and expenses.

Dated: December 16, 2025                    CROSNER LEGAL, P.C.

                                            By: _____/s/ Craig W. Straub_____
                                                        Craig W. Straub

                                            Attorneys for Plaintiff
                                            Caron James

Dated: December 16, 2025                    JENNER & BLOCK LLP

                                            By: /s/ Alexander M. Smith (as authorized on Dec. 16, 2025)
                                                        Alexander M. Smith

                                            Attorneys for Defendant
                                            Primal Nutrition, LLC

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)
CASE NO. 1:25-CV-691-SAB