# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON JAMES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAL NUTRITION, LLC,<br><br>Defendant. | Case No. 1:25-cv-00691-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF No. 27) |

On December 16, 2025, the parties filed a stipulation dismissing this action. (ECF No. 27.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge